**FILED**

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0423

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RICHARD EDWARD ADSIT, JR.,

    Defendant and Appellant.

O R D E R

_____

Counsel for Appellant Richard Edward Adsit, Jr., has filed a motion for extension of time to file the transcripts and to file the opening brief in this matter. Attached to the motion is an affidavit from court reporter Diedre Taber requesting an extension of time in the Tenth Judicial District Court to file the transcripts. It is not clear whether the affidavit was filed, whether it was filed in the District Court within the 40-day time required by M. R. App. 9, or whether an order was granted.

The motion for extension to file Appellant's brief is not properly before this Court, as the record in this matter is not complete.

IT IS ORDERED that Appellant until November 25, 2020, within which to file the transcripts.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020